**Jeffrey R. Platt, ARDC No. 06208148**
**Maureen A. Beck, ARDC No. 06274541**
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532
Telephone: (630) 428-2660
Fax: (630) 428-2549
*Admitted Pro Hac Vice*

**Joshua G. Genser - CA State Bar #111526**
Genser & Watkins
125 Park Place, Suite 210
Point Richmond, CA  94801
Telephone: (510) 237-6916
Fax: (510) 236-9851

**Attorneys for Plaintiff Comcast of California III, Inc., a California corporation**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Comcast of California III, Inc., a California corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**Stephane Tardif, individually and Jacques Tardif, individually**<br>Defendants. | Case No.  005-00718EMC<br><br>Order Granting Plaintiff's Motion for a Fourteen (14) Day Extension of Time to Respond to the Court's "Order Re Further Briefing in Support of Plaintiff's Motion for Default Judgment (Docket Nos. 15, 17)" – Docket No. 28<br><br>Magistrate Judge Edward M. Chen |

This matter coming to be heard on Plaintiff's Motion for a Fourteen (14) Day Extension of Time to Respond to the Court's "Order Re Further Briefing in Support of Plaintiff's Motion for Default Judgment (Docket Nos. 15, 17)," the Court being fully

Order Granting Plaintiff's Motion for a Fourteen (14) Day Extension of Time to Respond to the Court's "Order Re Further Briefing in Support of Plaintiff's Motion for Default Judgment (Docket Nos. 15, 17)" – Docket No. 28

1

1  advised in the premises, due notice having been given, and no one appearing on behalf
2  of the Defendant:
3       IT IS HEREBY ORDERED that the Plaintiff's Motion is GRANTED.  The Plaintiff
4  shall have up to and including October 26, 2005 to file a response to the Court's "Order
5  
6  Re Further Briefing in Support of Plaintiff's Motion for Default Judgment (Docket Nos.
7  15, 17)."
8  
9       IT IS SO ORDERED.
10 Dated:
        October 13, 2005
11
12                              _____
                                EDWARD M. CHEN
13                              United States Magistrate Judge

Order Granting Plaintiff's Motion for a Fourteen (14) Day Extension of Time to Respond to the Court's "Order Re Further Briefing in Support of Plaintiff's Motion for Default Judgment (Docket Nos. 15, 17)" – Docket No. 28

2