UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST OF CALIFORNIA III, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>STEPHANE TARDIF, *et al.*,<br><br>       Defendants.<br>_____/ | No. C-05-0718 EMC<br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE**<br>**(Docket No. 36)** |

       Plaintiff Comcast of California III, Inc. has asked the Court to continue the hearing on Comcast's motion for default judgment until after February 1, 2006, because of the unavailability (due to a medical condition) of one of the witnesses, Kevin Sandle. Having considered Comcast's brief and accompanying submissions, and good cause appearing therefor, the Court hereby GRANTS the motion to continue.

///
///
///
///
///
///
///
///
///

**United States District Court**

For the Northern District of California

1  The evidentiary hearing on Comcast's motion for default judgment shall be continued to
2  February 8, 2006, at 10:30 a.m.
3  Comcast shall immediately serve a copy of this order on all Defendants.
4  This order disposes of Docket No. 36.
5
6  IT IS SO ORDERED.
7
8  Dated: November 16, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge