IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST OF CALIFORNIA III, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> STEPHANE TARDIF, et al., <br><br>    Defendants. | No. C 05-00718 CRB <br><br> **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

   Now pending before the Court is Magistrate Judge Edward Chen's Report and Recommendation of March 8, 2006, recommending that defendant's motion for default judgment be granted as to Stephane Tardif and denied as to Jacques Tardif for incomplete service of process.  After carefully considering the recommendation and defendant's moving papers, the Court adopts the Report and Recommendation and hereby GRANTS the motion for default judgment against Stephane Tardif in the amount of $400,401.93 in United States currency.  The motion for default judgment against Jacques Tardif is DENIED without prejudice to Comcast re-filing the motion if he is properly served and fails to appear in this matter.

   Because no adjudication has been determined as to Jacques Tardif, however, the Court refrains from entering judgment against Stephane Tardif at this time.  See In re First T.D. & Inv. Inc., 253 F.3d 520, 532 (9th Cir. 2001) (citing Frow v. De la Vega, 82 U.S. (15 Wall.) 552 (1872)) ("[W]here a complaint alleges that defendants are jointly liable and one of them

defaults, judgment should not be entered against the defaulting defendant until the matter has been adjudicated with regard to all defendants.").

**IT IS SO ORDERED.**

Dated: March 30, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE