1  **Jeffrey R. Platt, ARDC No. 06208148**
   **Maureen A. Beck, ARDC No. 06274541**
2  Coman & Anderson, P.C.
   2525 Cabot Drive, Suite 300
3  Lisle, IL 60532
   Telephone: (630) 428-2660
4  Fax: (630) 428-2549
5  *Admitted Pro Hac Vice*

6  **Joshua G. Genser - CA State Bar #111526**
7  Genser & Watkins
   125 Park Place, Suite 210
8  Point Richmond, CA  94801
   Telephone: (510) 237-6916
9  Fax: (510) 236-9851

10 **Attorneys for Plaintiff Comcast of**
11 **California III, Inc., a California corporation**

12
13                     **UNITED STATES DISTRICT COURT**
14                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15

16 **Comcast of California III, Inc., a California**    )
   **corporation,**                                      )
17                                                       )
   **Plaintiff,**                                        ) Case No.  005-00718CRB
18                                                       )
                  v.                                     ) Order Granting Motion to Voluntarily
19                                                       ) Dismiss Defendant Jacques Tardif
20 **Stephane Tardif, individually and Jacques**         )
   **Tardif, individually**                              )
21 **Defendants.**                                       )
                                                         )
22                                                       )
                                                         )
23

24         THIS MATTER comes before the Court pursuant to the Plaintiff's Motion to
25 Voluntarily Dismiss Defendant Jacques Tardif, (D.E. #____) the Court having reviewed
26
   Plaintiff's Motion and supporting exhibits, it is hereby:
27
28

Order Granting Motion to Voluntarily Dismiss Defendant Jacques Tardif

1

**ORDERED AND DECREED** that Plaintiff's Motion to Voluntarily Dismiss Defendant Jacques Tardif, individually is hereby **GRANTED.** Defendant Jacques Tardif is dismissed without prejudice, with each side to bear their own costs.

**IT IS SO ORDERED.**

Dated: May 13, 2006



**CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**

Order Granting Motion to Voluntarily Dismiss Defendant Jacques Tardif