**Jeffrey R. Platt, ARDC No. 06208148**
**Maureen A. Beck, ARDC No. 06274541**
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532
Telephone: (630) 428-2660
Fax: (630) 428-2549
*Admitted Pro Hac Vice*

**Joshua G. Genser - CA State Bar #111526**
Genser & Watkins
125 Park Place, Suite 210
Point Richmond, CA  94801
Telephone: (510) 237-6916
Fax: (510) 236-9851

**Attorneys for Plaintiff Comcast of California III, Inc., a California corporation**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Comcast of California III, Inc., a California corporation,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Stephane Tardif, individually and Jacques Tardif, individually**<br>**Defendants.** | **Case No.  005-00718CRB**<br><br>**Order Granting Motion for Entry of a Final Judgment Against Defendant Stephane Tardiff** |

THIS MATTER comes before the Court pursuant to the Plaintiff's Motion for Entry of a Final Judgment Against Defendant Stephane Tardif, (D.E. #____) due notice having been given, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND DECREED** that Plaintiff's Motion for Entry of a Final Judgment Against Defendant Stephane Tardif is hereby **GRANTED** and a final judgment is

1  entered by default against Defendant Stephane Tardif in the amount of $400,401.93
2  (four hundred thousand four hundred one dollars and 93/100 cents), and there is no just
3  reason to delay enforcement or appeal from this order.

**IT IS SO ORDERED.**

Dated:  May 13, 2006

_____
**CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**